1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11  In re:                                    No. 2:07-CV-00447-MCE

12  LAWRENCE E. ORMSBY and
    CINDY J. ORMSBY,

13
             Debtors.

14  _____

15  LAWRENCE E. ORMSBY,              <u>MEMORANDUM AND ORDER</u>

16          Appellant,

17      v.

18  FIRST AMERICAN TITLE COMPANY
    OF NEVADA, a Nevada

19  Corporation,

20          Appellee.

21                         ----oo0oo----

22      Presently before the Court is Appellee, First American Title

23  Company of Nevada's ("First American") Motion for Attorney's fees

24  in this appeal from the bankruptcy court.[1]  Appellant Lawrence

25  Ormsby failed to file an opposition to this Motion.

26

27       [1] Because oral argument will not be of material assistance,
    the Court orders this matter submitted on the briefs.  E.D. Cal.

28  Local Rule 78-230(h).

                                    1

1

2

**BACKGROUND**

3      The Court has previously set forth a factual background for

4  this action in its Order of February 25, 2008, which is

5  incorporated by reference and need not be reproduced herein.

6  Mem. & Order 2-6, February 25, 2008.

7      Appellant Ormsby brought this Bankruptcy Appeal.  This Court

8  affirmed the bankruptcy court's decision.  Thereafter, Appellant

9  sought an appeal to the Ninth Circuit Court of Appeals.  Appellee

10 First American brought this motion for attorney's fees which

11 Appellant failed to oppose.  Appellee's original motion sought

12 $109,340.30; $66,681.30 of which was for the work performed

13 during the non-dischargeability litigation.  When Appellant

14 failed to oppose the motion, Appellee filed a reply and

15 supplemental declaration seeking an additional $1,007.40 in

16 attorney's fees in connection with this motion.[2]

17

18                              **ANALYSIS**

19      **1.   Fees in Connection with the Non-Dischargeability Action**

20

21      Appellee filed an adversary proceeding to determine the non-

22 dischargeability of the debt incurred in the Nevada state court

23 judgment.  Federal Rule of Bankruptcy Procedure 7008 requires

24 that, in an adversary proceeding, "[a] request for an award of

25 attorney's fees shall be pleaded as a claim in a complaint."

26

27      [2] Appellee also sought $1,500.00 for the estimated expense

28 of appearing at the hearing.  Because this matter was submitted
   without oral argument, the Court will disregard that request.

2

Where a request for attorney's fees is pleaded only in the prayer for relief, and not as a claim, that request is insufficient. See In re Odom, 113 B.R. 623, 625 (Bankr. C.D. Cal. 1990). Appellee's Complaint in this adversary action suffers from just such an insufficiency.

Further, Bankruptcy Code § 523(d) only provides for attorney's fees to a prevailing debtor in a non-dischargeability proceeding, and does not provide for an award of fees to a prevailing creditor. Accordingly, this Court finds that Appellee is not entitled to an award of attorney's fees for litigating the non-dischargeability of the Nevada state court judgment.

**2.   Fees in Connection with the Appeal to this Court**

In addition to the fees sought in connection with the non-dischargeability action, Appellee also seeks $42,659.00 in attorney's fees related to the appeal to this Court of the Bankruptcy Court's decision.  Federal Rule of Bankruptcy Procedure 8014 provides for the taxation of costs in connection with a bankruptcy appeal, but does not provide for attorney's fees.  A court hearing an appeal of a bankruptcy court's decision may award damages, such as attorney's fees only where the appeal is frivolous.  See Fed. R. Bankr. P. 8027; see also 10-8020 Collier on Bankruptcy P 8020.07 (15th ed. rev. 2008).  Although this Court affirmed the decision of the bankruptcy court, this Court finds that the appeal in this case was not frivolous. Accordingly, Appellee's request for attorney's fees in connection with the appeal to this Court is denied.

**CONCLUSION**

    Based on the foregoing, Appellee First American Title's Motion for Attorney's Fees is DENIED.

    IT IS SO ORDERED.


Dated: September 23, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE